Certificate Number: 16339-PAM-DE-034115621

Bankruptcy Case Number: 19-05295


16339-PAM-DE-034115621

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 19, 2020</u>, at <u>10:46</u> o'clock <u>PM EST</u>, <u>Philip Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 19, 2020</u>           By:    <u>/s/Kelley Tipton</u>

                                         Name:  <u>Kelley Tipton</u>

                                         Title: <u>Certified Financial Counselor</u>