Certificate Number: 16339-PAM-DE-034115622

Bankruptcy Case Number: 19-05295


16339-PAM-DE-034115622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2020</u>, at <u>10:46</u> o'clock <u>PM EST</u>, <u>Nancy Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 19, 2020</u>        By:   <u>/s/Kelley Tipton</u>

                                        Name: <u>Kelley Tipton</u>

                                        Title: <u>Certified Financial Counselor</u>