## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  PHILIP A. BROWN and            :  CHAPTER 13
       NANCY LEE BROWN               :
          Debtor(s)                :
                                :

       CHARLES J. DEHART, III          :
       STANDING CHAPTER 13 TRUSTEE :
          Movant                 :
                                :

         vs.                     :
                                :

       PHILIP A. BROWN and            :
       NANCY LEE BROWN               :
          Respondent(s)            :  CASE NO.   1-19-bk-05295


## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

       AND NOW, this   20th   day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

       1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

       Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

       a.   Earning capacity

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

       a.   Deny confirmation of debtor(s) plan.
       b.   Dismiss or convert debtor(s) case.
       c.   Provide such other relief as is equitable and just.

       Respectfully submitted:


       /s/Charles J. DeHart, III
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 25th day of February, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee