```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania

In re:                                                 Case No. 19-05295-HWV
Philip A Brown                                         Chapter 13
Nancy Lee Brown
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke      Page 1 of 2        Date Rcvd: Feb 25, 2020
                              Form ID: ntcnfhrg     Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db/jdb       +Philip A Brown,   Nancy Lee Brown,   75 Bair Road,   Abbottstown, PA 17301-9790
5284265      +ACNB Bank,   P.O. Box 3129,   Gettysburg, PA 17325-0129
5281370      +Action Truck Parts & Service,   80 Lincoln Streeet,   New Oxford, PA 17350-9317
5281371      +Adams County National Bank,   16 Lincoln Sq,   Gettysburg, PA 17325-2205
5281373      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
5281377      +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5281378      +Marlee J Brown,   451 Walton Avenue,   Hummelstown, PA 17036-1830
5281379      +Pnc Bank,   Attn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
              Cleveland, OH 44101-4982
5281380      +Sharon E Myers Esqire,   CGA Law Firm,   135 N George Street,   York, PA 17401-1132
5281381     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,   Attn: Bankruptcy Dept,   Po Box 8026,
              Cedar Rapids, IA 52409)
5292075      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5303041       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 25 2020 19:44:42
               AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
               Arlington, TX 76096
5281372      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 25 2020 19:44:42
               AmeriCredit/GM Financial,   Attn: Bankruptcy,   PO Box 183853,   Arlington, TX 76096-3853
5281374      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:26    Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5290230       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 25 2020 19:57:46
               Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
5281368       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 25 2020 19:44:38    Internal Revenue Service,
               POB 7346,   Philadelphia, PA 19101-7346
5281375      +E-mail/Text: bncnotices@becket-lee.com Feb 25 2020 19:44:34    Kohls/Capital One,
               Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5281376      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2020 19:47:00    Lowes Business Accounts,
               POB 965004,   Orlando, FL 32896-5004
5281369       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2020 19:44:48    PA Department of Revenue,
               Attn:  Bankruptcy Division,   Dept 280946,   Harrisburg, PA 17128-0946
                                                                                 TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5281382       Toyota Financial Services,   Removed per docket entry 21
cr*          +ACNB Bank,   P.O. Box 3129,   Gettysburg, PA 17325-0129
5292739*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5292897*     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
                                                                     TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Craig S. Sharnetzka   on behalf of Creditor   ACNB Bank csharnetzka@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
         com;r48835@notify.bestcase.com
        Gary J Imblum   on behalf of Debtor 1 Philip A Brown gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
         ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
         .com
        Gary J Imblum   on behalf of Debtor 2 Nancy Lee Brown gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
         ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
         .com
        James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                            TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Philip A Brown, aka Philip A Brown Sr, | Chapter     13 |
| **Debtor 1** | Case No.     1:19–bk–05295–HWV |
| Nancy Lee Brown, aka Nancy L Brown, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 1, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 8, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 25, 2020 |

ntcnfhrg (03/18)