In re:                                                          Bankr. Case No. 19-05295-HWV-
                                                                                                13

Philip A Brown and Nancy Lee Brown                                              Chapter 13
         Debtor(s)

### REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                    Americredit Financial Services, Inc. dba GM Financial
                    PO Box 183853
                    Arlington, TX  76096

                                        By_/s/  Mandy Youngblood_____

                                        Mandy Youngblood
                                        PO Box 183853
                                        Arlington, TX  76096
                                        877-203-5538
                                        877-259-6417
                                        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 19-05295-HWV-
                                                                                              13

Philip A Brown and Nancy Lee Brown                                           Chapter 13
     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

GARY J IMBLUM                                    Charles J. DeHart III
4615 DERRY ST                                    8125 Adams Drive
HARRISBURG, PA  17111                            Suite A
                                                 Hummelstown, PA 17036

                                        By  /s/ Mandy Youngblood
                                            Mandy Youngblood

xxxxx52483 / 1008205