United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-05295-HWV
Philip A Brown  Chapter 13
Nancy Lee Brown
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 16, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

**Recip ID**      **Recipient Name and Address**
+     Marlee Brown, 75 Bair Road, Abbottstown, PA 17301-9790

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

**Name**      **Email Address**

Craig S. Sharnetzka
    on behalf of Creditor ACNB Bank csharnetzka@cgalaw.com
    tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 1 Philip A Brown gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 2 Nancy Lee Brown gary.imblum@imblumlaw.com
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> PHILIP A. BROWN and, <br> NANCY LEE BROWN, <br>    Debtors, <br><br> TOYOTA MOTOR CREDIT <br> CORPORATION, <br><br>    Movant, <br><br>    V. <br><br> PHILIP A. BROWN, <br> NANCY LEE BROWN, <br> MARLEE BROWN, and <br> JACK N. ZAHAROPOULOS, Trustee, <br>    Respondents. | Bankruptcy No. 1:19-bk-05295-HWV <br><br> Chapter 13 <br><br> Doc. No. 54, 55 |

## ORDER OF COURT

Upon consideration of the foregoing *Stipulation Resolving Motion for Relief from the Automatic Stay & Co-Debtor's Stay*, it is hereby ORDERED that the Stipulation is approved.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 16, 2022