IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PHILIP A. BROWN (deceased) | : | CASE NO. 1:19-bk-05295-HWV |
| aka PHILIP A. BROWN SR. | : | |
| NANCY LEE BROWN | : | |
| aka NANCY L. BROWN | : | |
| Debtors | : | CHAPTER 13 |

**DEBTOR'S CONSENT TO APPLICATION OF ATTORNEY
FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

I, Philip A. Brown, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

_____Deceased_____
Philip A. Brown

I, Nancy Lee Brown, hereby agree to pay all Attorneys Fees and Expenses as set forth in the attached Third Application for Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses.

*Nancy Lee Brown*
Nancy Lee Brown

**DATE:** 10/12/2024