IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PHILIP A. BROWN (deceased) | : | CASE NO. 1:19-bk-05295-HWV |
| aka PHILIP A. BROWN SR. | : | |
| NANCY LEE BROWN | : | |
| aka NANCY L. BROWN | : | |
| Debtors | : | CHAPTER 13 |

**ORDER OF COURT**
**PERMITTING THIRD APPLICATION OF ATTORNEY FOR CHAPTER**
**13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the Third Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $690.00 for fees and $18.89 for costs, for a net amount due of $708.89 for the time period of February 4, 2022 through September 20, 2024. However, the Trustee is only holding $383.00 available to pay on this claim. Counsel for Debtors agrees to reduce the amount requested to $383.00 and waive the remaining fees and costs owed.