United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Philip A Brown  
Nancy Lee Brown  
    Debtors

Case No. 19-05295-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 18, 2024      Form ID: 3180WJ2      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip A Brown, Nancy Lee Brown, 75 Bair Road, Abbottstown, PA 17301-9790 |
| 5284265 | + | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| 5281370 | + | Action Truck Parts & Service, 80 Lincoln Streeet, New Oxford, PA 17350-9317 |
| 5281371 | + | Adams County National Bank, 16 Lincoln Sq, Gettysburg, PA 17325-2205 |
| 5281378 | + | Marlee J Brown, 451 Walton Avenue, Hummelstown, PA 17036-1830 |
| 5281380 | + | Sharon E Myers Esqire, CGA Law Firm, 135 N George Street, York, PA 17401-1132 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Dec 18 2024 23:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5303041 | | EDI: PHINAMERI.COM | Dec 18 2024 23:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5281372 | + | EDI: PHINAMERI.COM | Dec 18 2024 23:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 5281373 | + | EDI: BANKAMER | Dec 18 2024 23:42:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5281374 | + | EDI: CAPITALONE.COM | Dec 18 2024 23:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5290230 | | EDI: CAPITALONE.COM | Dec 18 2024 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5281368 | | EDI: IRS.COM | Dec 18 2024 23:42:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5323870 | | Email/PDF: bncnotices@becket-lee.com | Dec 18 2024 19:00:23 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5281375 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 18 2024 18:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5281376 | + | EDI: SYNC | Dec 18 2024 23:42:00 | Lowes Business Accounts, POB 965004, Orlando, FL 32896-5004 |
| 5281377 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 18 2024 18:47:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5281369 | | EDI: PENNDEPTREV | Dec 18 2024 23:42:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5281369 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 18 2024 18:48:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5281379 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2024 18:47:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982; Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5281381 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 18 2024 18:47:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5292075 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 18 2024 18:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5337658 | Email/PDF: bncnotices@becket-lee.com | Dec 18 2024 18:59:28 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5281382 | | Toyota Financial Services, Removed per docket entry 21 |
| cr | *+ | ACNB Bank, P.O. Box 3129, Gettysburg, PA 17325-0129 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5335913 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5292739 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5292897 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig S. Sharnetzka | on behalf of Creditor ACNB Bank csharnetzka@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| Gary J Imblum | on behalf of Debtor 1 Philip A Brown gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Nancy Lee Brown gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

| | |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Philip A Brown <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1852 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Nancy Lee Brown <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9196 <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-05295-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy Lee Brown
aka Nancy L Brown

**By the court:**

12/18/24

*Henry W. Van Eck*, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W     **Chapter 13 Discharge**     page 2